IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

v. : CRIMINAL NO. 01-333

RUDOLPHO CUEVAS :

**ORDER**

AND NOW, this 15th day of May, 2014, upon consideration of the government's Motion to Dismiss Indictment, it is hereby ORDERED that the defendant's guilty plea is withdrawn and the Indictment is dismissed with prejudice.

BY THE COURT:

_____
HON. ANITA B. BRODY
United States District Court

xc: U.S. Marshals
U.S. Probation
U.S. Pretrial Services
Regional Counsel, B.O.P.
Speedy Trial
Copies Ecmf___ for

Copies mailed 05-15-2014 to
Rudolpho Cuevas, Deft.